# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DANTE H. PATTISON, | ) | 3:20-cv-00287-MMD-CSD |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | February 18, 2022 |
| BRIAN SANDOVAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PRESENT:** THE HONORABLE CRAIG S. DENNEY, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**  KAREN WALKER    **REPORTER:**   NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):**  NONE APPEARING

**COUNSEL FOR DEFENDANT(S):**  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Demand/Request for Local Rules of U.S.D.C." (ECF No. 94).

Plaintiff's "Demand/Request for Local Rules of U.S.D.C." (ECF No. 94) is **DENIED** without prejudice. The court understands the law library has multiple copies of the Local Rules of the U.S. District Court. Plaintiff may kite the law library at NNCC for the sections of the Local Rules which he requests. From prior practice, this process should provide Plaintiff access to the Local Rules. If not, he may again seek leave to have copies made at Plaintiff's expense.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  _____/s/_____
         Deputy Clerk