UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANTE H. PATTISON,<br><br>Plaintiff<br><br>v.<br><br>BRIAN SANDOVAL, et al.,<br><br>Defendants | Case No.: 3:20-cv-00287-MMD-CSD<br><br>**Order**<br><br>Re: ECF No. 119 |

Before the court is Plaintiff's motion requesting a transcript from March 31, 2022, hearing at Government expense. (ECF No. 119.)

When an inmate is granted *in forma pauperis* status, "the court *may* direct payment by the United States of the expenses of … preparing a transcript of proceedings before a United States magistrate judge in any civil or criminal case, *if such transcript is required by the district court*, in the case of proceedings conducted under section 636(b) of this title[.]" 28 U.S.C. § 1915(c) (emphasis added).

Plaintiff's request for a transcript (ECF No. 119) is **DENIED**. There are detailed minutes of the hearing set forth at ECF No. 118, and under these circumstances, the court cannot conclude the transcript of the hearing is required by the district court.

**IT IS SO ORDERED**.

Dated: April 4, 2022

_____
Craig S. Denney
United States Magistrate Judge