UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANTE PATTISON,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>BRIAN SANDOVAL, et al.,<br><br>　　　　　　　　　　Defendants. | 3:20-cv-00287-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 156 |

　　　　Before the court is Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment (ECF No. 156).  Plaintiff requests an extension of thirty (30) days in which to file a response to Defendants' Motion for Summary Judgment.

　　　　**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment (ECF No. 156) is **GRANTED** to the extent that Plaintiff shall have to and including **Monday, July 25, 2022**, to file a response to Defendants' Motion for Summary Judgment (ECF No. 143).

　　　　DATED:  June 24, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE