AARON D. FORD
　Attorney General
CHRIS DAVIS (Bar No. 6616)
　Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9252 (phone)
(702) 486-3773 (fax)
Email: cwdavis@ag.nv.gov

*Attorneys for Defendants Romeo Aranas, Isidro Baca, Keith Benson, Charles Daniels, James Dzurenda, Aaron Ford, Adam Paul Laxalt, Veronica Meza, Michael Minev, Mardelle Peterson, Perry Russell, Brian Sandoval, Steve Sisolak, Megan Sullivan and Jennifer Vargas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANTE H. PATTISON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BRIAN SANDOVAL, et al.,<br><br>　　　　　　Defendants. | Case No.  3:20-cv-00287-MMD-CSD<br><br>**NOTICE OF APPEAL** |

　　　　Notice is hereby given that Defendants, including but not limited to Defendants Keith Benson, Jennifer Vargas and Megan Sullivan, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Chris Davis, Senior Deputy Attorney General, pursuant to Fed R. App. P. 3 & 4 and 28 U.S.C. § 1291, appeal this Court's order (EFC No. 240, filed on March 13, 2023) denying in part Defendants' Motion for

//

//

//

Page **1** of **3**

1  Summary Judgment based on qualified immunity, which denial is immediately appealable
2  and once appealed divest the district court of jurisdiction.[1]

3  DATED this 9th day of June, 2023.

　　　　　　　　　　　　　　　　　　　　AARON D. FORD
　　　　　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　　　　　　By: /s/ Chris Davis
　　　　　　　　　　　　　　　　　　　　CHRIS DAVIS (Bar No. 6616)
　　　　　　　　　　　　　　　　　　　　Senior Deputy Attorney General

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

---

[1] Defendants notice of appeal is timely.  Fed. R. App. P. 4 requires that notice of appeal "must be filed with the district court clerk within 30 days after the **_entry_** of the judgment or order appealed from." (Emphasis added).  Fed. R. Civ. P. 58(a) provides, with certain exceptions not applicable here, that "every judgment and amended judgment must be set out in a separate document."  Fed. R. Civ. P. 54(a) provides that "[j]judgment as used in these rules includes a decree and any order from which an appeal lies."  The district court's order denying summary judgment on qualified immunity is a judgment requiring a separate document under Rule 58(a) because it an order from which an appeal lies.  *See Plumhoff v. Rickard*, 572 U.S. 765, 772-73 (2014) (holding that "a pretrial order rejecting a claim of qualified immunity is immediately appealable" under the "collateral order doctrine").  Rule 58(c), however, provides that "**_judgment is entered_** . . . if a separate document is required, when the judgment is entered in the civil docket under Rule 79(a) **_and_** the earlier of these events occurs: (A) it is set out in a separate document; or (B) 150 days have run from the entry in the civil docket." (Emphasis added).  As the district court has not set forth its judgment denying Defendants motion for summary judgment on a separate document, entry of judgment will not occur until August 10, 2023,  without a separate document.  *See Miller v. Marriott Int'l, Inc.*, 300 F.3d 1061, 1064 (9th Cir. 2002) (holding order was not "a separate document' because it was not "distinct from any opinion or memorandum" as the "order provide[d] the basis for the entry of judgment"). Defendants notice of appeal, therefore, is not presently due, until Monday, September 11, 2023.  *See Ueckert v. Guerra*, 38 F.4th 446, 450-53 (5th Cir. 2022) (explaining that "parties have a 180-day window to file a notice of appeal if the district court neglected to enter the judgment in a separate document" when denying motion for summary judgment asserting qualified immunity because "Rule 58 also applies to interlocutory orders appealable under the collateral order doctrine").

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 9th day of June 2023, I caused to be served, a true and correct copy of the foregoing **NOTICE OF APPEAL** by U.S. District Court CM/ECF Electronic Filing on:

Dante H. Pattison #88986
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, Nevada 89702

/s/ *Jennifer N. Briones*
Jennifer N. Briones, an employee of the
Office of the Nevada Attorney General