# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANTE H. PATTISON,<br><br>                          Plaintiff,<br>  v.<br><br>BRIAN SANDOVAL, *et al.*,<br><br>                         Defendants. | Case No. 3:20-cv-00287-MMD-CSD<br><br>ORDER |

       The Court referred this case to the *Pro Bono* Program ("Program") adopted in the Second Amended General Order 2019-07 for appointment of *pro bono* counsel. The Court has been informed that *pro bono* counsel has been identified. Attorneys Andre M. Lagomarsino, Taylor N. Jorgenson, and Cristina A. Phipps are hereby appointed as counsel for Plaintiff Dante H. Pattison. The scope of the appointment is for the limited purposes of representing Plaintiff at trial. However, this case remains subject to the stay order pending appeal. (ECF No. 256.)

       It is therefore ordered that Andre M. Lagomarsino, Taylor N. Jorgenson, and Cristina A. Phipps are appointed as *pro bono* counsel for Plaintiff Dante H. Pattison under the United States District Court for the District of Nevada's *Pro Bono* Program.

       It is further ordered that Andre M. Lagomarsino, Taylor N. Jorgenson, and Cristina A. Phipps, as appointed counsel, may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

       It is further ordered that the Clerk of Court assign a PROBONO case flag and add Andre M. Lagomarsino, Taylor N. Jorgenson, and Cristina A. Phipps to the docket as counsel of record for Plaintiff.

It is further ordered that Andre M. Lagomarsino, Taylor N. Jorgenson, and Cristina A. Phipps will not be charged fees for use of the Court's filing system in this matter for the duration of the appointment.

It is further ordered that within 14 days after completion of legal services, Andre M. Lagomarsino, Taylor N. Jorgenson, and Cristina A. Phipps must submit a Notice of Completion Form to the *Pro Bono* Liaison.

DATED THIS 21st Day of June 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE