UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANTE H. PATTISON,<br><br>                      Plaintiff,<br>    v.<br><br>BRIAN SANDOVAL, *et al.*,<br><br>                      Defendants. | Case No. 3:20-cv-00287-MMD-CSD<br>Ninth Circuit Court of Appeals No. 23-15870<br><br>ORDER ON MANDATE |

    The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having, on September 2, 2025, issued its order (ECF No. 273) dismissing Defendants' appeal of the Court's order denying in part their motion for summary judgment on qualified immunity, and on October 10, 2025, issued its mandate thereon (ECF No. 274), and the Court being fully advised in the premises, now, therefore, it is ordered that the mandate be spread upon the records of this Court.

    As noted, the Court previously issued an order denying in part and granting in part Defendants' motion for summary judgment. (ECF No. 240.) Accordingly, the Court refers this case to the Magistrate Judge to conduct a settlement conference. The proposed joint pretrial order is due within 30 days from the date of the settlement conference assuming settlement is not effectuated.

    DATED THIS 14th Day of October 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE